**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 17, 2019**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00852-CR

---

## EX PARTE SHAUN PHILIP HARDY

---

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 17-CR-0003**

---

## MEMORANDUM OPINION

Appellant, Shaun Philip Hardy, has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan
Do Not Publish – Tex. R. App. P. 47.2(b)